■ Betty Van Alstine et al., Appellants, v Flora Griffin, Respondent, et al., Defendants.—Order unanimously affirmed with costs for reasons stated at Supreme Court, Forma, J. (Appeal from order of Supreme Court, Erie County, Forma, J.—summary judgment.) Present—Doerr, J. P., Denman, Boomer, Pine and Lawton, JJ.